IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DUSTIN D. DIMMITT,<br><br>        Defendant,<br>and<br><br>BELLTOWN FARMS HUDSON LLC,<br><br>        Garnishee. | 8:21CV73 |

### ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT

This matter is before this Court upon the United States of America's Application for a Writ of Continuing Garnishment, which requests an order to issue a Writ of Continuing Garnishment against the Garnishee, Belltown Farms Hudson LLC, for the purpose of garnishing funds owed to Defendant Dustin D. Dimmitt. (Filing No. 7.) Pursuant to the Final Judgment by Consent entered against Defendant and the government's Application specifying that as of February 1, 2023, Defendant owes a restitution balance of $13,733.04, and for good cause shown,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Garnishee Belltown Farms Hudson LLC, *via* email notices@belltownfarms.com, 12 W Willow Grove Avenue, Philadelphia, PA 19118.

DATED this 1st day of February, 2023.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis,
United States Magistrate Court Judge